UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

14 JAN 29 AM 11:32

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　vs.<br><br>EDUARDO ALFREDO MORALES,<br><br>　　　　　　　　　Defendant. | CASE NO. 99CR0233-BTM<br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___　the Court has dismissed the case for unnecessary delay; or

_X_　the Court has granted the motion of the Government for dismissal, without prejudice; or

___　the Court has granted the motion of the defendant for a judgment of acquittal; or

___　a jury has been waived, and the Court has found the defendant not guilty; or

___　the jury has returned its verdict, finding the defendant not guilty;

_X_　of the offense(s) as charged in the Indictment/Information:

31:5316(a)(1)(A), 5324(b)(1) and (c) - Failure to File Reports on exporting Monetary Instruments; 18:1001 - False Statement(2)

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 1-28-14

Barry Ted Moskowitz
U.S. District Judge